Monday,
January 10,
1859.

GOODHART and Another *v.* HAYS.

APPEAL from the *Miami* Court of Common Pleas.

HANNA, J.—This was a claim filed by the appellants, in an attachment proceeding of *Wheat* and others against *Hays*, of which last-named case a statement is contained in the case of *Fechheimer* v. *Hays*, at this term (1).

The complaint, affidavit, &c., were filed on the 30th of *June*, 1855. The affidavit was quashed at the *January* term, 1856, and the plaintiffs thereupon dismissed their proceedings in attachment, but recommenced the same at that term of the Court. At the *July* term, 1856, the plaintiffs had judgment by default for the amount of their note; but the proceedings in attachment were by order of the Court, dismissed, which order, the record states, was excepted to. No motion was made in reference to such ruling, nor bill of exceptions taken. The reason for the dismissal is not, therefore, disclosed.

*Per Curiam.*—The judgment is affirmed for the reasons given in the case of *Fechheimer* v. *Hays*.

*J. A. Beal*, for the appellants.

*N. O. Ross* and *R. P. Effinger*, for the appellee.

(1) See the next preceding case.